```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
```

| | | |
|---|---|---|
| Tom Lundeen, et al. | ) | 04-CV-3220 (JMR/FLN) |
| Larry Crabbe, et al. | ) | 04-CV-3284 (JMR/FLN) |
| Denise Duchsherer, et al. | ) | 04-CV-3287 (JMR/FLN) |
| Jo Ann Flick | ) | 04-CV-3290 (JMR/FLN) |
| Leo Gleason | ) | 04-CV-3291 (JMR/FLN) |
| Mary Beth Gross, et al. | ) | 04-CV-3293 (JMR/FLN) |
| Bobby Smith, et al. | ) | 04-CV-3299 (JMR/FLN) |
| Rachelle Todosichuk | ) | 04-CV-3300 (JMR/FLN) |
| Melissa Todd | ) | 04-CV-3305 (JMR/FLN) |
| Mark Nisbet, et al. | ) | 04-CV-3311 (JMR/FLN) |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Canadian Pac. Ry. Co., et al. | ) | |

These matters are before the Court on remand from the Eighth Circuit Court of Appeals.

In accord with the mandate issued by the Eighth Circuit on October 28, 2008, these matters are remanded to the District Court of the Fourth Judicial District, Hennepin County, Minnesota.

IT IS SO ORDERED.

Dated: December 1, 2008

```
                              s/ JAMES M. ROSENBAUM
                              JAMES M. ROSENBAUM
                              United States District Judge
```